FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2023 DEC -7 AM 10: 26
MARGARET BOTKINS, CLERK
CHEYENNE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE STATE OF WYOMING**

PAMELA ANN GILSENAN,

*Plaintiff*,

v.

SOCIAL SECURITY ADMINISTRATION,

*Defendant*.

**Case No.** 23cv-231-J

**COMPLAINT UNDER THE FREEDOM OF INOFRMATION ACT FOR DECLARATORY AND INJUNCTIVE RELIEF**

**INTRODUCTION**

Plaintiff PAMELA A. GILSENAN submitted a Freedom of Information Act ("FOIA") request to Defendant SOCIAL SCURITY ADMINISTRATION OF THE U.S. GOVERNMENT on OCTOBER 23, 2023 for records concerning her and former spouse's SSA financial and medical history. Defendant has failed to make a determination on the FOIA request and failed to disclose the requested documents within the time prescribed by FOIA. Therefore, Plaintiff now files this action for injunctive and other appropriate relief under the Freedom of Information Act, 5 U.S.C. § 552.

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this matter pursuant to 5 U.S.C. §§ 552(a)(4)(B), (6)(C)(i) and 28 U.S.C. § 1331.
2. Venue is proper in this Court under 5 U.S.C. § 552(a)(4)(B) because Plaintiff works here.

## PARTIES

3. Plaintiff PAMELA ANN GILSENAN submitted a FOIA request to SOCIAL SECURITY ADMINISTRATION. She is a resident of TETON COUNTY

4. Defendant SOCIAL SECURITY ADMINISTRATION is an agency of the United States under 5 U.S.C. § 552(f)(1). Among other duties, SSA is responsible for ALL SOCIAL SECURITY PROGRAMS

Defendant SOCIAL SECURITY ADMINISTRATION has responsive records in its possession, custody, and control. Defendant is charged with the duty to provide public access to records in its possession consistent with the requirements of FOIA.

## STATEMENT OF FACTS

5. On OCTOBER 23, 2023, Plaintiff filed a FOIA/Public records request with the SOCIAL SECURITY ADMINISTRATION for records relating to her social security history. The FOIA Request complied with [redacted] SSA's FOIA.

6. As of this date, Social Security Administration has failed to respond to Plaintiff's request

Under FOIA, an agency is required to make an initial "determination" with regard to a request within twenty business days of its receipt. *See* 5 U.S.C. § 552(a)(6)(A)(i).

7. If there are "unusual circumstances," as defined by statute, an agency may extend the time to make its determination by no more than ten working days. *See* 5 U.S.C. § 552(a)(6)(B)(i).

8. Under FOIA, a person making a request is deemed to have exhausted his administrative remedies if the agency fails to comply with the applicable time limit provisions set forth in the statute. *See* 5 U.S.C. § 552(a)(6)(C)(i).

9. Social Security Administration has thus far has failed to produce any responsive agency records to Plaintiff and the statutory period for an agency response has expired. USCIS similarly has failed to communicate the scope of the documents it intends to produce and its reasons for withholding any documents.

## CAUSES OF ACTION

### COUNT ONE
### Violation of the Freedom of Information Act, 5 U.S.C. § 552 for Failure to Respond Within the Time Required

10. Plaintiff repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

11. Under the FOIA, Defendants were required to respond to Plaintiff's FOIA request and to notify Plaintiff of the agency's determination within thirty working days after receiving the request. 5 U.S.C. § 552(a)(6)(A), (6)(B).

12. Defendants' failure to make the requisite determination and to communicate it to the Plaintiff within the time allowed by the statute violates the FOIA. 5 U.S.C. § 552(a)(6)(A)(i).

**COUNT TWO**
**Violation of the Freedom of Information Act, 5 U.S.C. § 552**
**for Failure to Conduct an Adequate Search**

13. Plaintiff repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

14. Defendants have violated their obligation under the FOIA by failing to make a reasonable effort to search for records responsive to Plaintiff's request. 5 U.S.C. § 552(a)(3)(C).

**COUNT THREE**
**Violation of the Freedom of Information Act, 5 U.S.C. § 552;**
**Wrongful Withholding of Records**

15. Plaintiff repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

16. Defendants are wrongly withholding agency records by failing to produce non-exempt records responsive to Plaintiff's FOIA request and by failing to segregate and produce non-exempt records responsive to Plaintiff's FOIA request.

17. Defendants are obligated under 5 U.S.C. § 552(a)(3)(A) to promptly produce records responsive to the Plaintiff's FOIA request.

18. Plaintiff has a legal right to obtain such records, and no legal basis exists for Defendants' failure to disclose them.

19. Defendants' failure to disclose all responsive records violates their statutory obligations to make requested records promptly available to the public. 5 U.S.C. § 552(a).

**RELIEF REQUESTED**

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Assume jurisdiction in this matter and maintain jurisdiction until Defendant complies with FOIA and every order of this Court;
2. Declare that Defendant's failure to make a timely determination with regards to Plaintiff's Request violates FOIA, 5 U.S.C. §§ 552(a)(6)(A)(i) and (B);
3. Order Defendant to expeditiously conduct an adequate search for all records responsive to Plaintiff's FOIA Request in accordance with 5 U.S.C. § 552(a)(3)(C);
4. Declare that Defendant's failure to promptly disclose the records responsive to Plaintiff's Request violates FOIA, 5 U.S.C. § 552(a)(3)(A);
5. Order Defendant to expeditiously disclose all responsive, non-exempt records and enjoin Defendant from improperly withholding records;
6. Award Plaintiff's fees and costs pursuant to 5 U.S.C. § 552(a)(4)(E); and
7. Grant such other relief as the Court may deem just, equitable, and appropriate.

Dated:

Respectfully submitted,

Pamela Ann Gilsenan

*Pamela Ann Gilsenan*

*P.O. Box 20635*

*Estes Park, CO 80511*

CERTIFICATE OF SERVICE

I hereby certify a copy of the forgoing (insert below name of document) was mailed/delivered to [insert below name of defendant(s) and address(es) *or* name of attorney(s) and address(es)] on (insert date). December 7, 2023

/Sign your name/ Pamela Ann Gibson
Print your name

FOIA Complaint
To SSA

1. Kilolo Kijakazi
SSA Secretary
6401 Security Blvd
Baltimore, MD 21235

2. Wyoming U.S. Attorney's Office
J.C. O'Mahoney Federal Courthouse
2120 Capitol Ave
Ste 4000
P.O. Box 668
Cheyenne, Wyo 82003

3. Honorable Merrick Brian Garland
U.S. Attorney General
U.S. Dept of Justice
950 Pennsylvania ave N.W.
Washington, D.C 20530