IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING



**FILED**

3:07 pm, 3/4/24

**Margaret Botkins
Clerk of Court**

| | |
|---|---|
| PAMELA ANN GILSENAN,<br><br>Plaintiff,<br><br>v.<br><br>SOCIAL SECURITY ADMINSITRATION,<br><br>Defendants. | Case No. 23-CV-231-ABJ |

### FINAL JUDGMENT

THIS MATTER came before the Court upon *pro se* Plaintiff Pamela Ann Gilsenan's *Complaint*. ECF No 1. Defendant, Social Security Administration, filed a *Motion to Dismiss* on January 8, 2024. ECF No. 4. On March 1, 2024, this Court entered an order granting Defendant's *Motion to Dismiss* and dismissing Plaintiff's *Complaint* without prejudice for lack of subject matter jurisdiction. ECF No. 10.

Accordingly, **IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is entered, and this action is dismissed without prejudice. The parties shall bear their own costs and attorney's fees.

Dated this 4th day of March, 2024.

Alan B. Johnson
United States District Judge